UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| HUDSON E. MYERS,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES OURY, M.D., PAUL M. ORECCHIA, M.D., PAUL A. BORMES, M.D., DAMON R. BECKLOFF, JOSEPH L. TUMA, M.D., F.A.C.C., HEATHER G. CWACH, M.D., SARFRAZ R. AHMAD, M.D., CAROL DUGAN, CNP, RAPID CITY REGIONAL HOSPITAL, INC., RUSHMORE HEART INSTITUTE, INC., CARDIOLOGY ASSOCIATES, P.C., REGIONAL HEALTH NETWORK, INC., REGIONAL HEALTH PHYSICIANS, INC., REGIONAL HEALTH, INC., JAMES H. OURY, M.D. MEDICAL CORPORATION, P.C., WEST RIVER ANESTHESIOLOGY CONSULTANTS, P.C., PAUL A. BORMES, M.D., P.C., BLACK HILLS NEUROLOGY, LLP, and JAY J. SCHINDLER, M.D., P.L.L.C.,<br><br>Defendants.<br><br>AND<br><br>HEATHER G. CWACH, M.D., and BLACK HILLS NEUROLOGY, L.L.P.<br><br>Cross-Claimants,<br><br>vs.<br><br>JAMES H. OURY, M.D., AND JAMES H. OURY, M.D. MEDICAL CORPORATION, P.C.<br><br>Cross-Claim Defendants. | CIV. 12-5072<br><br><br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY CESAR A. JUAREZ** |

Pursuant to District of South Dakota Civil Local Rule of Practice 83.9(B), attorney Cesar A. Juarez of Bangs, McCullen, Butler, Foye & Simmons, LLP, hereby gives notice of his withdrawal as one of the attorneys of record for Defendants and Cross-Claimants Heather G. Cwach, M.D., and Black Hills Neurology, L.L.P., in this action. The law firm of Bangs, McCullen, Butler, Foye & Simmons, LLP, and attorneys Kathryn J. Hoskins and Jeff L. Bratkiewicz shall remain and continue as attorneys of record for Heather G. Cwach, M.D., and Black Hills Neurology, L.L.P. Heather G. Cwach, M.D., and Black Hills Neurology, L.L.P., will be notified of the withdrawal of counsel as provided in this Notice.

Dated at Sioux Falls, South Dakota, this 25th day of August, 2015.

BANGS, McCULLEN, BUTLER,
FOYE & SIMMONS, L.L.P.


/s/ Cesar A. Juarez
Kathryn J. Hoskins
khoskins@bangsmccullen.com
Jeff L. Bratkiewicz
jeffb@bangsmccullen.com
Cesar A. Juarez
cjuarez@bangsmccullen.com
Post Office Box 88208
Sioux Falls, SD 57109-8208
Telephone: 605-334-3164
Fax: 605-339-6801

*Attorneys for Defendants Heather G. Cwach, M.D., and Black Hills Neurology, L.L.P.*

CERTIFICATE OF SERVICE

       The undersigned, one of the attorneys for Defendants Heather G. Cwach, M.D., and Black Hills Neurology, L.L.P., hereby certifies that on the 25th of August, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Attorney Cesar A. Juarez was sent by electronic mailing to the following

       Mr. Terence R. Quinn
       terry@goodsellquinn.com
       Mr. David S. Barari
       david@goodsellquinn.com
       Mr. Nathan R. Oviatt
       nate@goodsellquinn.com
       Goodsell Quinn, L.L.P.
       Post Office Box 9249
       Rapid City, SD  57709-9249

       and

       Mr. William Q. Bird
       billbird@birdlawgroup.com
       Mr. John W. Crongeyer
       jwc@birdlawgroup.com
       Ms. Kristen L. Beightol
       klb@birdlawgroup.com
       Bird Law Group, P.C.
       2170 Defoor Hills Road
       Atlanta, GA  30318

       *Attorneys for Plaintiff*

       Mr. Daniel F. Duffy
       dduffy@bangsmccullen.com
       Mr. Jeffrey G. Hurd
       jhurd@bangsmccullen.com
       Mr. Benjamin D. Tronnes
       btronnes@bangsmccullen.com
       Bangs, McCullen, Butler, Foye & Simmons, L.L.P.
       Post Office Box 2670
       Rapid City, SD  57709-2670

       *Attorneys for Defendants Paul M. Orecchia, M.D.,*
       *Damon R. Beckloff, Joseph L. Tuma, M.D., F.A.C.C.,*
       *Carol Dugan, CNP, Rapid City Regional Hospital, Inc.,*
       *Regional Health Network, Inc., and Regional Health, Inc.*

Ms. Mary M. Schott
mschott@sodorolaw.com
Mr. Thomas J. Shomaker
tshomaker@sodorolaw.com
Sodoro, Daly, Shomaker & Selde, P.C., L.L.O.
7000 Spring Street
Omaha, NE  68106

   *Attorneys for Defendants Paul A. Bormes, M.D., and*
   *Paul A. Bormes, M.D., P.C.*

Mr. Roger A. Sudbeck
rasudbeck@boycelaw.com
Boyce Law Firm, L.L.P.
Post Office Box 5015
Sioux Falls, SD  57117-5015

   *Attorney for Defendants Sarfraz R. Ahmad, M.D., and*
   *Regional Health Physicians, Inc.*

Mr. Michael V. Wheeler
mvw@demjen.com
DeMersseman Jensen Tellinghuisen & Huffman, L.L.P.
Post Office Box 1820
Rapid City, SD  57709-1820

   *Attorney for Defendant Cardiology Associates, P.C.*

And by United States mail, postage prepaid, to the following:

James H. Oury, M.D.
22784 Wild Irishman Road
Rapid City, SD  57702

   *Defendant Pro Se*

Dated this 25th day of August, 2015.

                              BANGS, McCULLEN, BUTLER,
                              FOYE & SIMMONS, L.L.P.


                              /s/ Cesar A. Juarez_____