UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| HUDSON E. MYERS, | 5:12-CV-05072-KES |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR PARTIAL SUMMARY JUDGMENT |
| JAMES OURY M.D., PAUL M. ORECCHIA M.D., PAUL A. BORMES M.D., DAMON R. BECKLOFF, JOSEPH L. TUMA, M.D., F.A.C.C., HEATHER G. CWACH M.D., SARFRAZ R. AHMAD M.D., CAROL DUGAN CNP, RAPID CITY REGIONAL HOSPITAL, INC., RUSHMORE HEART INSTITUTE, INC., CARDIOLOGY ASSOCIATES, P.C., REGIONAL HEALTH NETWORK, INC., REGIONAL HEALTH PHYSICIANS, INC., REGIONAL HEALTH, INC., JAMES H. OURY, M.D. MEDICAL CORPORATION, P.C., PAUL A. BORMES, M.D., P.C., BLACK HILLS NEUROLOGY, LLP, | |
| Defendants. | |

Defendants Sarfraz R. Ahmad, M.D., Regional Health Physicians, Inc., Paul A. Bormes, M.D., Paul A. Bormes M.D. P.C., Damon R. Beckloff, Regional Health, Inc., Paul M. Orecchia, M.D., Regional Health Network, Inc., and Carol Dugan, CNP, move for summary judgment on all of plaintiff, Hudson E. Myers's, claims. Defendant Rapid City Regional Hospital, Inc., moves for partial summary judgment on Count 1 of plaintiff's complaint. Plaintiff does not oppose the motions, and the named parties agree that each party shall bear its own costs and that costs shall not be taxed against plaintiff. Thus, it is

ORDERED that the motion for summary judgment filed by Sarfraz R. Ahmad, M.D., and Regional Health Physicians, Inc. (Docket 159) is granted.

IT IS FURTHER ORDERED that the motion for summary judgment filed by Paul A. Bormes, M.D., and Paul A. Bormes, M.D. P.C. (Docket 164) is granted.

IT IS FURTHER ORDERED that the motion for summary judgment filed by Damon R. Beckloff (Docket 170) is granted.

IT IS FURTHER ORDERED that the motion for summary judgment filed by Regional Health, Inc. (Docket 173) is granted.

IT IS FURTHER ORDERED that the motion for summary judgment filed by Paul M. Orecchia, M.D. (Docket 176) is granted.

IT IS FURTHER ORDERED that the motion for summary judgment filed by Regional Health Network, Inc. (Docket 179) is granted.

IT IS FURTHER ORDERED that the motion for summary judgment filed by Carol Dugan, CNP (Docket 182) is granted

IT IS FURTHER ORDERED that the motion for partial summary judgment on Count I filed by Rapid City Regional Hospital, Inc. (Docket 185) is granted.

IT IS FURTHER ORDERED that the motion for oral argument filed by Paul A. Bormes, M.D., and Paul A. Bormes, M.D. P.C. (Docket 189) is denied as moot.

Dated April 15, 2016.

BY THE COURT:

*/s/Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE