**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**WESTERN DIVISION**

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SLT | Court Reporter – Cheryl Hook |
| Courtroom - RC #2 | Date – 2/27/2017 |

5:12-5072

| | |
|---|---|
| Hudson E. Myers | David Barari, Terence R. Quinn, William Bird, and John Crongeyer |
| Plaintiff, | |
| vs. | |
| James Oury, M.D., Rushmore Heart Institute, Inc., James H. Oury, M.D. Medical Corporation, P.C. | Jams Oury, Pro Se |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:30 p.m.    Enter evidentiary hearing before the Honorable Karen E. Schreier, United States District Judge, presiding.

The Court notes the appearances of counsel, defendant not present.

Mr. Barari argues in support of the renewed motion for entry of default.

Defendant, James Oury, is now present in the courtroom.

Mr. Barari continues to argue in support of renewed motion for entry of default.

The Court orders settlement documents be filed under seal.

Mr. Bird makes remarks to the court concerning damages.

Mr. Quinn states they will file the depositions with the court.

Mr. Oury makes statements to the court.

     The Court will enter a written decision.

1:53 p.m.  Court Adjourned.