UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| HUDSON E. MYERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES OURY, M.D.,<br>RUSHMORE HEART INSTITUTE, INC.,<br>and JAMES H. OURY, M.D. MEDICAL<br>CORPORATION, P.C.,<br><br>　　　　Defendants. | 5:12-CV-05072-KES<br><br><br><br>DEFAULT JUDGMENT |

　　　A Clerk's Entry of Default was issued on January 30, 2013, against James Oury, M.D.; on January 31, 2013, against James Oury M.D. Medical Corporation, P.C.; and on October 9, 2013, against Rushmore Heart Institute, Inc. Plaintiff seeks compensation for past medical expenses, future medical expenses, lost earning capacity, and pain and suffering. The court notes that SDCL 21-3-11 limits medical malpractice general damages to $500,000. The judgment has also been reduced by the contributions of the joint tortfeasors. SDCL 15-8-7. Good cause appearing, it is

　　　ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Hudson E. Myers for $13,486,000.65.

　　　DATED this 2nd day of March, 2017.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE